UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No.  2:13-cv-1077 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| ADAMS, et al., | |
| Defendants. | |

Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. ECF No. 22.  The court now orders that the dispositional documents disposing of the case be filed not later than thirty (30) days from the effective date of this order.  All hearing dates heretofore set in this matter are hereby VACATED.

DATED: February 5, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1