UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.  ,<br><br>      Plaintiff,<br><br>   v.<br><br>Joseph Christopher Adams, Waters Edge Retreat/Moon River Inn, LLC,<br><br>      Defendants. | Case No.  2:13-cv-01077 KJM AC<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

Joseph Christopher Adams and Waters Edge Retreat/Moon River Inn, LLC on the plaintiff's claims brought pursuant to 47 U.S.C. § 605(a). AWARDING the plaintiff statutory, but not enhanced damages in the amount of $5,000.00.

Date: March 22, 2016

MARIANNE MATHERLY, CLERK

By: /s/  G. Michel
Deputy Clerk